HEATHER S. WHITE (7674)
R. SCOTT YOUNG (10695)
NATHAN A. CRANE (10165)
SNOW, CHRISTENSEN & MARTINEAU
Attorneys for Defendants West Valley City
     and Thayle Nielsen
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah  84145
Telephone:  (801) 521-9000
Fax No.:  (801) 363-0400

IN THE UNITED STATES DISTRICT COURT

STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MELISSA KENNEDY; FREDERICK WILLARD; and THE ESTATE OF DANIELLE MISHA WILLARD,<br><br>     Plaintiff,<br><br>  vs.<br><br>WEST VALLEY CITY; SHAUN COWLEY; KEVIN SALMON; JOHN COYLE; THAYLE "BUZZ" NIELSEN; and DOES 1-10,<br><br>     Defendants. | **MOTION TO STAY PENDING OUTCOME OF CRIMINAL PROCEEDINGS**<br><br><br>Civil No. 2:13-cv-00434<br><br>Judge David Nuffer<br><br>Magistrate Judge Evelyn J. Furse |

     Defendants West Valley City and Thayle Nielsen ("WVC Defendants") move the Court for entry of an order staying this case pending the outcome of criminal proceedings against Shaun Cowley.  West Valley City Defendants join in the arguments asserted by Mr. Cowley in his Motion to Stay Pending Outcome of Criminal Proceedings (Docket No. 58).  The same arguments that Mr. Cowley makes apply to the WVC Defendants because liability against them is conditioned on a finding of wrongdoing by Mr. Cowley.  There can be no liability against WVC Defendants absent wrongdoing by Mr. Cowley.  Mr. Cowley's testimony is critical in

establishing WVC Defendants defenses.  Any adverse inference against him could negatively impact WVC Defendants by establishing elements of Plaintiffs' claims against the City. Therefore, the same reasons for staying the case that apply to Mr. Cowley also apply to WVC Defendants.

DATED this 2nd day of July, 2014.

SNOW, CHRISTENSEN & MARTINEAU

_____
Heather S. White
R. Scott Young
Nathan A. Crane
Attorneys for Defendants West Valley City
    and Thayle Nielsen

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July, 2014, I electronically filed the foregoing **MOTION TO STAY PENDING OUTCOME OF CRIMINAL PROCEEDINGS** with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Jon D. Williams
9 Exchange Pl #600
Salt Lake City, UT 84111

Mark J. Geragos
Ben Meiselas
GERAGOS & GERAGOS, APC
644 South Figueroa Street
Los Angeles, California 90017

*Attorneys for Plaintiffs*

Dennis C. Ferguson
257 East 200 South, Suite 500
P.O. Box 45678
Salt Lake City, Utah 84145-5678
*Attorney for Shaun Cowley*

Stephen F. Noel
SMITH KNOWLES
2225 Washington Blvd., Suite 200
Ogden, UT  84401
*Attorney for Kevin Salmon*

R. Blake Hamilton
STIRBA, P.C.
215 S. State Street, Suite 750
P.O. Box 810
Salt Lake City, Utah 84111-0810
*Attorney for Defendant John Coyle*

/s/ Linda St. John

3