HEATHER S. WHITE (7674)
R. SCOTT YOUNG (10695)
NATHAN A. CRANE (10165)
SNOW, CHRISTENSEN & MARTINEAU
Attorneys for Defendants West Valley City
  and Thayle Nielsen
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah  84145
Telephone:  (801) 521-9000
Fax No.:  (801) 363-0400

---

IN THE UNITED STATES DISTRICT COURT

STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MELISSA KENNEDY; FREDERICK WILLARD; and THE ESTATE OF DANIELLE MISHA WILLARD,<br><br>Plaintiff,<br><br>vs.<br><br>WEST VALLEY CITY; SHAUN COWLEY; KEVIN SALMON; JOHN COYLE; THAYLE "BUZZ" NIELSEN; and DOES 1-10,<br><br>Defendants. | **WEST VALLEY CITY'S AND CHIEF NEILSEN'S SECOND SET OF INTERROGATORIES TO PLAINTIFFS**<br><br>Civil No. 2:13-cv-00434<br><br>Judge David Nuffer<br><br>Magistrate Judge Evelyn J. Furse |

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendants West Valley City and Thayle Nielsen submit the following interrogatories to Plaintiffs to be answered, under oath, within thirty (30) days after service hereof.  These interrogatories are intended to be continuing so as to require a supplementation of response to the full extent required by Rule 26(e) of the Federal Rules of Civil Procedure.

**INTERROGATORY NO. 23:** Please provide the name, address and telephone number of each witness Plaintiffs expect to call at trial, including for impeachment, and identify the subject matter about which the witness is expected to testify.

**INTERROGATORY NO. 24:** Please provide the name, address and telephone number of each witness Plaintiffs may call at trial, including for impeachment, and identify the subject matter about which the witness may testify.

These interrogatories are continuing and Plaintiff is under a duty to supplement them as required by Rule 26(e) of the Federal Rules of Civil Procedure.

DATED this 1st day of July, 2014.

SNOW, CHRISTENSEN & MARTINEAU

_____
Heather S. White
R. Scott Young
Nathan A. Crane
Attorneys for Defendants West Valley City
and Thayle Nielsen

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2014, I caused a true and correct copy of the foregoing **WEST VALLEY CITY'S AND CHIEF NEILSEN'S SECOND ST OF INTERROGATORIES TO PLAINTIFFS** to be served, *via U.S. Mail, postage prepaid and electronic mail,* on the following:

Jon D. Williams
9 Exchange Pl #600
Salt Lake City, UT 84111

Mark J. Geragos
Ben Meiselas
GERAGOS & GERAGOS, APC
644 South Figueroa Street
Los Angeles, California 90017

*Attorneys for Plaintiffs*

Dennis C. Ferguson
257 East 200 South, Suite 500
P.O. Box 45678
Salt Lake City, Utah 84145-5678
*Attorney for Shaun Cowley*

Stephen F. Noel
SMITH KNOWLES
2225 Washington Blvd., Suite 200
Ogden, UT 84401
*Attorney for Kevin Salmon*

R. Blake Hamilton
STIRBA, P.C.
215 S. State Street, Suite 750
P.O. Box 810
Salt Lake City, Utah 84111-0810
*Attorney for Defendant John Coyle*

_____