IN THE UNITED STATES DISTRICT COURT

STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MELISSA KENNEDY; FREDERICK WILLARD; and THE ESTATE OF DANIELLE MISHA WILLARD,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WEST VALLEY CITY; SHAUN COWLEY; KEVIN SALMON; JOHN COYLE; THAYLE "BUZZ" NIELSEN; and DOES 1-10,<br><br>　　　　　Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br><br>Civil No. 2:13-cv-00434<br><br>Judge David Nuffer<br><br>Magistrate Judge Evelyn J. Furse |

In accordance with the Stipulation to and Motion for Order of Dismissal with Prejudice[1] signed by the parties and for good cause appearing, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against Defendants are DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

The clerk is ordered to close the case.

DATED this 5th day of February, 2015.

BY THE COURT:

_____

Judge David Nuffer
U.S. District Court Judge

---

[1] Docket no. 70, filed on Feb. 5, 2015.